# Exhibit 9

FILED
FRONT COUNTER

2020 MAR 13 PM 12: 09

CLERK
US BANKRUPTCY COURT
ALEXANDRIA DIVISION

# STROKES & SLANT*S*

## International Handwriting Services

### Forensic Questioned Document Examination

Ms. Sarah C. Berning
Assistant Commonwealth Attorney
Commonwealth of Prince William County
9311 Lee Avenue, Suite 200
Manassas, VA 20110

March 1, 2018

Dear Ms. Berning:

Re:  The Authenticity of Mrs. Esther Yates' signature:

The documents listed below were received on January 29th, 2017 from the personal files of Mrs. Esther Yates of 8236 Stoddard Drive, Manassas, VA 20110 for examination and comparison purposes.

Documents submitted for comparison and examination:

1. Interest only Fixed Rate note dated October 25, 2005 purportedly signed by E. M. Yates with endorsements (four pages).
2. Interest only Fixed Rate note dated October 25, 2005 purportedly signed by E. M. Yates without Endorsements (three pages).
3. Uniform Residential Loan Application purportedly signed and initialed by E.M. Yates dated 10/25/05 (four pages).
4. iPhone image of the document taken by Mrs. Yates on 5/30/2017.
5. Copy of the bona-fide loan application dated 10/10/2005 signed by Mrs. E.M Yates and Mr. W. Yates.
6. United States Passport # 514209516 of Esther Yates issue dated 21 November 2013.
7. Certificate of Naturalization No: 36243924 of Esther Mammie Yates issued October 29th, 2013.
8. Benefits Plans signed by Esther M. Yates and William Yates on 01/30/05 (page 1 of 2).
9. Computer Sciences Corporation – Benefits Plans signed by Esther M. Yates on 11/5/2004 (signature on page 4 of 6).
10. I-765 Application for Employment Authorization signed by Esther M. Yates dated 9/9/05.
11. Good Faith Estimate – RESPA signed by Esther M. Yates dated 10/10/05.
12. Premier Mortgage Company signatures of Esther M. Yates and William Yates dated 10/10/05.
13. Servicing Disclosure Statement signed by Esther M. Yates and William Yates   dated 10/10/05

## Documents submitted for comparison and examination:(continued)

14. Privacy Notice signed by Esther M. Yates and William Yates 10/10/2005.
15. Premier Mortgage Company LLC Addendum to Good Faith Estimate signed by Esther Yates and William Yates dated 10/10/05.
16. Premier Mortgage Company LLC Certification signed by Esther M. Yates and William Yates.
17. Premier Mortgage Company LLC Financing Agreement 10/07/2006 signed by Esther M. Yates and William Yates.
18. Sample of Mrs. Esther Yates' initials.

## QUESTIONED DOCUMENTS

Q1. Interest only Fixed Rate note dated October 25, 2005 purportedly signed by E. M. Yates
with endorsements (four pages).

Q1a. Interest only Fixed Rate note dated October 25, 2005 purportedly signed by E. M. Yates without Endorsements (three pages).

Q2. Uniform Residential Loan Application purportedly signed and initialed by E.M. Yates dated 10/25/05 (four pages)

## KNOWN SIGNATURES FOR COMPARISON

K1. Copy of the bona-fide loan application dated 10/10/2005 signed by Mrs. E.M Yates and Mr. W. Yates.

K2. United States Passport # ███████ of Esther Yates issue dated 21 November 2013.

K3. Certificate of Naturalization No: ██████ of Esther Mammie Yates issued October 29th, 2013.

K4. Benefits Plans signed by Esther M. Yates and William Yates dated 01/30/2005.

K5. I-765 Application for Employment Authorization signed by Esther M 9/9/05 (page 1 of 2).

K6. Computer Sciences Corporation – Benefits Plans signed by Esther M. Yates on 11/5/2004 (signature on page 4 of 6).

K7. Good Faith Estimate – RESPA signed by Esther M. Yates dated 10/10/05.

K8. Premier Mortgage Company signatures of Esther M. Yates and William Yates dated 10/10/05.

K9. Servicing Disclosure Statement signed by Esther M. Yates and William Yates dated 10/10/05.

K10. Privacy Notice signed by Esther M. Yates and William Yates 10/10/2005.

K11. Premier Mortgage Company LLC Addendum to Good Faith Estimate signed by Esther Yates and William Yates dated 10/10/05.

K12. Premier Mortgage Company LLC Certification signed by Esther M. Yates and William Yates.

K13. Premier Mortgage Company LLC Financing Agreement 10/07/2006 signed by Esther M. Yates and William Yates.

K14.  Sample of Mrs. Esther Yates' initials.

## EXAMINATION REQUESTED

To ascertain the following:

1.  Whether the questioned documents Q1, Q1a, listed above, bear authentic signatures of Mrs. Esther M. Yates.

## EXAMINATION REQUESTED (continued)

2. Whether the questioned document listed above as Q2 bears authentic signatures of Mrs. Esther M. Yates.

## FINDINGS

There are four principles of handwriting identification which are: Form, Movement, Trend and Spacing. These principles have been carefully examined and outlined in a series of graphics behind this report. They are as follows:

There are specific characteristics that are identified in Mrs. Esther Yates' known signatures. They are as follows:

1. The initial stroke moves close to the upper loop of the letter **E**.
2. Continuous connections of letters after the letter **s**.
3. An initial stroke forms the middle letter **M** in a downward motion.
4. The letter **t's** are slender in their stems and complete with t bars that do not connect to the stem.
5. The letter **Y** is fluid and connects to the letter **a**.
6. The remaining letter **S** completes in a continuous stroke.

Inconsistencies in the questioned signature are as follows:

1) The initial stroke begins with a hook formation and completes in a larger formation of the letter **E**.
2) The most significant difference in these signatures are the poor line quality and pen lifts are in irregular places. See **Graphics 12**.
3) The t stems form large loops and t bars are placed through the stem.
4) The letter M completes is an upward motion.
5) The letter Y over laps into the second letter a.

I have prepared a series of graphics (**Graphics 1 – 20**) that demonstrates my findings:

**Graphics 1 & 2** illustrate known signatures of Esther M. Yates.
**Graphics 3** shows similar formation of letters in the known signatures of Esther M. Yates.
**Graphics 4** compares the capital letter E formation with the questioned signature (Q1) which is inconsistent in its formation.
**Graphics 5** demonstrates similar movement in the **t bar** height and movement.
**Graphics 6** shows the comparison in the t bar in the questioned signatures at the bottom of the graphic.
**Graphics 7** illustrates the downward movement of the middle initial M, while the questioned signature **Q1** shows an upward movement. **Q2** shows a downward movement however, the letter construction of the **M** is inconsistent with the known signatures. The known middle initial M's are angular.
**Graphics 8** further shows how different the formation of the letter M is when enlarged.
**Graphics 9 & 10** demonstrates the similar letter formation in the endorsement on the same page in the name Michael P. Houston.
**Graphics 11** shows enlarged photos of the evidence of the smudging on the signature on Q1.
**Graphics 12** demonstrates poor line quality in the signature in the formation of the letter Y (digitally enlarged image applied).
**Graphics 13** the poor line quality in the formation of the letter E (digitally enlarged image applied)

## FINDINGS (continued)

**Graphics 14** shows inconsistent spacing between letters. The known signatures show a wider spacing between letters and names while the questioned signatures show less spacing between letters and words. **Graphics 15** shows inconsistent initial formation of Mrs. Yates when compared with known initials of Esther Yates.
**Graphics 16** highlights the inconsistencies in the format of the two questioned documents when placed on top of each other. As shown in **Graphics 17-19** they do not line up in any form.
**Graphics 20 demonstrates** inconsistent pen lifts (in color). The colors illustrate  how the pen lifts in the middle of the letter constructions to create the name showing uncharacteristic movement in the formation of the signature.

## OPINION

After careful examination it is my professional opinion that:

The signatures on the questioned documents **Q1, Q1a** and **Q2** are inconsistent with the known signatures and therefore deem the documents inauthentic.

## CONCLUSION

Handwriting is sub-conscious behavior.  Handwriting is considered frozen movement and while letter formations can appear similar from one sample to another, movement, spacing, zonal qualities, baseline, initial strokes and terminal endings are as individualistic as one's fingerprints.

The questioned signatures bear numerous and significant differences when compared to the known samples as provided for my examination; the notable disparities are too numerous to be attributed to chance. There are too many inconsistencies in the questioned signatures for them to be identified as authentic.

### METHOD OF EXAMINATION

I have examined all questioned documents for comparison by using accepted scientific principles and techniques of document examination, to determine if the signatures of  Esther Yates are authentic, consistent with verified known exemplars of the individual's writing and within the range of natural variation of genuine signatures.

Handwriting elements examined include, but are not limited to: line quality, speed of writing, fluidity, letter form, construction, size, relationship to signature line, placement on line, and other unique identifying characteristics.  It is also necessary for a genuine authentic signature to be void of any recognized signs of tracing, imitation, disguise, duplication by a process of cut and paste or other elements intended to deceive.

Using accepted principles and techniques of document examination, the known exemplars and additional documents were examined for habitual handwriting characteristics to include, but not limited to; line quality, speed of writing, letter form, size, relationship, placement on line, spacing, range of variation, rhythm, and skill level.

## METHOD OF EXAMINATION (continued)

A comparison of the questioned signature and the known exemplars, using accepted principles and techniques of document examination including magnification, enlargement, light table, and overlays, among other comparison procedures, were utilized to verify the authenticity and genuineness of the questioned signature.

This expert opinion is rendered to a high degree of forensic certainty and the findings are supported by attached graphics to demonstrate the evidence proving the opinion. These findings are based upon scientific analysis, using accepted document examination techniques, principles, and methodology. Each document was scanned using HP Office Jet 860 series in a greatly enlarged state. The documents were examined under a digital microscope 10 X140 magnification.

I have included all matters in this statement within my knowledge and area of expertise as an Expert Witness, relevant to the issue on which I will give my evidence if necessary. I have complied with functions as outlined in my examination, comparison and identification of documents that I have received, meticulously and without bias or omission, and adhering to the requirements. I reserve the right to change my opinion in the event that other documents are presented to me.

Respectfully submitted

Beverley Y. East
Forensic Document Examiner

# Known signatures of Esther Yates



K2

K3

**Graphics 1**

Known signatures of Esther M. Yates

K4

Benefits Plan

te: _01/30/05_

K6, 5,2004

K5, 9/9/05

K7, 10/13/05

Graphics 2

176- form

Co-Borrower

K13

Borrower    Esther Yates

gnature of Person Preparing Form 1[

Co-Borrower

K12



Similar letter formations in known signatures

Similar letter formation

Comparison of letter formation with questioned signature





Known signatures of Esther Yates

Similar movement of t bar

K4

K5

K6

K13

Co-Borrower

Borrower  Esther Yates

nature of Person Preparing Form I

Graphics 5

Date  K7

Inconsistent movement and form of the t bars



K4

K5

K6

Signature of Person Preparing Form T

STHER M YATES

Q1

Q2

Graphics 6

Inconsistent movement and form of the letter m when compared to the known signatures

form.

K4

ired if required not sole reimnet for claim( )

K6

gnature

gnature of Person Preparing Form  F1   K5

K7

Borrower   Esther Yates

smission of this application containing a facsimile of m
vered containing (my original written signature.
ower's signature.

Date

STHER M YATES
Q1

-Bo

following information is requested by the Federal Gov

Graphics

X, INFOR

actual credit opportunity  fair housing and

Q2

Inconsistent movement and form of the letter m when compared to the known signatures

Borrower   Esther Yates

gnature of Person Preparing Form 1

STHER M YATES

Q1

Graphics 8

K4

K5

K6

K7

Q2

-Bo   following information is requested by the Federal Go

X INFOR

Date

smission of this application containing a facsimile of m
/ered containing my original written signature.
ower's signature.

Similar letter M formations in the questioned documents



Graphics 9

Q1 bottom
Of page
endorsements

Q2

smission of this application containing a facsimile of m
/ered containing my original written signature.
ower's signature.

X. INFOR

following information is requested by the Federal Go
equal credit opportunity, fair banking and home mort





# SMUDGING EVIDENT ON SIGNATURE ON Q1



ESTHER M YATES

(Seal)

-Borrower

(Seal)

(Seal)

A

B*

*Image B brightness was reduced to -50 in Photoshop Elements

**Graphics 11**



Poor line quality
In signature on
Q1

Q1

**Graphics 12**



**Graphics 13**

Known signatures have wider spacing

Less spacing between name
In questioned signatures

**form.**

ied if spouse not sole primary beneficiary)

Signature of Person Preparing Form

Borrower    Esther Yates

STHER M YATES

Questioned

smission of this application containing a facsimile of m
/ered containing my original written signature.

ower's signature

-Bo

following information is requested by the Federal Gov

X. INFOR

ie Mac Form 65  01/04

**Graphics 14**

# Inconsistent initials on the loan form

Questioned initials



Known initials of Esther Yates

**Graphics 15**

A



B



Graphics 16

Placed Document 'B' over 'A'.
Used 'Ester Yates' to line up docu



Graphics 17

Placed Document 'B' over 'A'.
Used 10/25/05 to line up documents.



**Graphics 18**

Placed Document 'B' over 'A'.
Used 'Without Recourse, Pay to the Order of...'
to line up documents.



WITNESS, THE HAND(S), AND SEAL(S) OF THE UNDERSIGNED.

ESTHER M. YATES

This is to certify that this is the Note described in and secured by a Deed of Trust dated 10/25/05, on the Property located in     PRINCE WILLIAM County

My Commission Expires 7-31-08

Graphics 19

# INCONSISTENT PEN LIFTS

Q1

ESTHER M YATES

ESTHER M YATES

Q2

red containing my original written signature.
wer's signature

X. INFORMA

red containing my original written signature.
wer's signature

X. INFORMA

Q2  p4
wer's Signature:

le Mac Form 85  01/04
wer's Signature:

le Mac Form 85  01/04

## Known Signatures

form,

representation or omission of material fact on this or any record i

nature

rnature of Donna Brannin Form If

Borrower  Esther Yates

Graphics 20